IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § | No. 1:22-CR |
| MICHAEL JOSEPH FONTENOT | § § | |

**RECEIVED JAN 5 2023 By_____**

**FACTUAL BASIS**

The defendant, **Michael Joseph Fontenot**, stipulates and agrees that the following facts are true and correct:

1. The defendant, **Michael Joseph Fontenot (Fontenot)**, who is pleading guilty, admits that he is the individual charged in the Information.

2. As charged in Count One of the Information, on or about June 16, 2019, **Fontenot** knowingly possessed an item or items containing an image of child pornography, as defined in Title 18, United States Code, § 2256(8), involving a prepubescent minor and a minor who had not attained 12 years of age, and that the items of child pornography were transported using any means or facility in or affecting, interstate or foreign commerce, including by computer; and when the defendant possessed the item or items, defendant knew the items were child pornography.

3. The defendant, **Fontenot**, admits he used a communications application, the Internet, to possess over 600 images of child pornography including some images depicting a prepubescent minor, including the following visual depictions:

| FILE IDENTIFIER | DESCRIPTION |
|---|---|

| a49b22cb-671e-4b43-a7aa-4eac0738343f | A video file depicts a prepubescent female laying on her back displaying her genitals to the camera which are the focus of the recording. The prepubescent female uses her fingers to rub and penetrate her vagina. |
|---|---|
| EL PANA Super Vip II 9_25thru9_28 | This image file depicts an erect adult penis which positioned in the face of a nude toddler. The toddler is looking at the erect penis. |
| 2a41733522788f6f07cf5d8ce6964899.o | This image file depicts a prepubescent female with a lascivious display of the genitalia. The image depicts penetration of the female's vagina which is the focus of the image. |
| B29d8097-b949-4ba7-8939-2a7c0b7dbe6e.mp4 | This video file depicts a prepubescent female in what appears to be a bedroom. She removes her shirt and then her pants. The prepubescent female then bends over for the camera to show her anus, and then masturbate for the camera. Once she is done masturbating, she humps a pillow. |

In violation of 18 U.S.C. § 2252A(a)(1) and (b)(1) & 2.

4.      **Fontenot** acknowledged that the internet communication provider was not primarily managed in the United States, therefore, it was in or affecting foreign commerce.

5.      When **Fontenot** possessed the items he knew the items were child pornography.

6.      **Fontenot** admits that this conduct occurred within the Eastern District of Texas.

## DEFENDANT'S SIGNATURE AND ACKNOWLEDGMENT

7.      I have read this factual basis and stipulation and the information, or have had them read to me and have discussed them with my attorney. I fully understand the contents of this factual basis and stipulation and agree without reservation that it accurately describes the events and my acts.

Dated: 1-5-2023

_____
MICHAEL JOSEPH FONTENOT
Defendant

## DEFENSE COUNSEL'S SIGNATURE AND ACKNOWLEDGMENT

8.      I have read this factual basis and stipulation and the information and have reviewed them with my client, **MICHAEL JOSEPH FONTENOT**. Based upon my discussions with the defendant, I am satisfied that the defendant understands the factual basis and stipulation as well as the information, and is knowingly and voluntarily agreeing to these stipulated facts.

Dated: 1-5-23

_____
Dustin Galmor
Attorney for the Defendant

Respectfully submitted,

BRIT FEATHERSTON
UNITED STATES ATTORNEY

*Rachel Grove* (signature)

Rachel L. Grove
Assistant U. S. Attorney
Eastern District of Texas
550 Fannin, Suite 1250
Beaumont, Texas 77701
409/839-2538
409/839-2550 Fax
TX Bar No. 24058440
rachel.grove@usdoj.gov